UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TODD R. HENRY,              )<br>          Plaintiff,        )<br>v.                            )     No. 1:08-cv-1235-DFH-TAB<br>                              )<br>CAROL G. HENRY,               )<br>STATE OF GEORGIA DEPARTMENT   )<br> OF HUMAN RESOURCES (B.J.     )<br> WALKER), OFFICE OF CHILD     )<br> SUPPORT SERVICES, et al.,    )<br>                              )<br>          Defendants.         ) | |

### Order Transferring Action to Northern District of Georgia

The plaintiff has commenced an action against his former wife and against an agency of the State of Georgia. He alleges that the defendants have violated his federally secured rights and his rights under Georgia state law in connection with the collection of a child support obligation. His former wife, Carol Henry, is alleged to reside in Gwinnett County, Georgia. Gwinnett County is located in the Northern District of Georgia.

When jurisdiction is not founded solely on diversity, venue is proper only in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Here, the acts the plaintiff alleges in support of his claim took place in Georgia. The claims against the defendants could be asserted in an action in the Northern District. The evidence lies to a large extent in Georgia. Another statute, 28 U.S.C. § 1404, provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." Under these circumstances, the better venue for the action is the Northern District of Georgia.

Accordingly, the above action is now **TRANSFERRED** to the United States District Court for the Northern District of Georgia at Atlanta, Georgia.

So ordered.

_David F. Hamilton_
DAVID F. HAMILTON, Chief Judge
United States District Court

Date:  10/30/2008

Distribution:

Todd R. Henry
1119 S. Rodgers St.
Bloomington, IN   47403

James N. Hatten, Clerk
900 Richard B. Russell Federal
Bldg and United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303